IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICHOLAS HENIADIS,

       Plaintiff,

v.

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS,
LOCAL UNION NO. 579,

       Defendant.

CASE NO. 08-CV-337
BEFORE THE HONORABLE
STEPHEN L. CROCKER, JR.

## STIPULATION FOR DISMISSAL

Plaintiff, Nicholas Heniadis, and Defendant, Teamsters Local 579, by its attorneys, Previant, Goldberg, Uelmen, Gratz, Miller & Brueggeman, S.C., and Nathan D. Eisenberg, hereby stipulate that this action may be dismissed in its entirety with prejudice and without costs or fees to either party.

Dated this 26 day of June, 2008.

Nicholas Heniadis (Pro Se)

Dated this 23rd day of June, 2008.

Nathan D. Eisenberg
PREVIANT, GOLDBERG, UELMEN, GRATZ,
MILLER & BRUEGGEMAN, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee, Wisconsin 53212

Attorneys for Defendant, Teamsters Local 579

Approved
Barbara B. Crabb
7/1/08